No. 02–623.  DANIELS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–627.  LOPEZ ROMERO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–631.  HOLLIS v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 02–653.  LEMONS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–659.  DILLON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–663.  MORGAN v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 02–666.  PTASYNSKI ET AL. v. SHELL WESTERN E&P INC. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–678.  O'HARA v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–5015.  BRADSHAW v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 02–5060.  BARBOSA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–5228.  NEWSOME v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–5363.  GATTIS v. SNYDER, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 02–5665.  WILLIAMS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 02–5728.  SMALLEY v. THOMAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–5766.  JONES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.